**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>        Plaintiff,<br><br>vs.<br><br>ZB, NATIONAL ASSOCIATION, a National Banking Association Doing Business As ZIONS FIRST NATIONAL BANK, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>        Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-827-DN<br><br>Judge David Nuffer |

Plaintiff Pamela Whitney and Defendant ZB, NA (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

STIPULATED the 4th day of December, 2017.

                                          FORD & CRANE PLLC

                                          /s/ Matthew B. Crane
                                          Matthew B. Crane
                                          *Attorney for Plaintiff*


STIPULATED the 4th day of December, 2017.

                                          STRONG & HANNI, P.C.

                                          /s/ Michael D. Stanger
                                          Michael D. Stanger
                                          Ashley F. Leonoard
                                          *Attorneys for Defendant*
                                          (Signed with permission)

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 4th day of December, 2017, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

                                        /s/ Matthew B. Crane