IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA WHITNEY,<br><br>             Plaintiff,<br><br>vs.<br><br>ZB, NATIONAL ASSOCIATION, a National Banking Association Doing Business As ZIONS FIRST NATIONAL BANK, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>             Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 2:17-CV-827-DN<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint[1] is dismissed with prejudice.

The clerk is directed to close this action.

Signed this 5th day of December, 2017.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Complaint, Docket No. 2, filed July 20, 2017.